UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH WESSLER,<br><br>  Plaintiff,<br><br>-against-<br><br>U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF PRISONS,<br><br>  Defendants. | Civil Action No. 14cv5627 (PAE)<br><br>**PROOF OF SERVICE** |

I, JOSEPH A. PACE, ESQ., hereby certify that, on August 13, 2014, I caused to be served true and correct copies of the Summons in a Civil Case, Civil Cover Sheet, and Complaint of Plaintiff Seth Wessler for Declaratory and Injunctive Relief, by certified mail upon:

| | |
|---|---|
| Eric Holder<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC  20530 | Charles E. Samuels<br>Director, Federal Bureau of Prisons<br>320 1st Street, NW<br>Washington, D.C. 20534 |
| United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br><u>Attention</u>: Civil Process Clerk | |

_____
Joseph A. Pace

#2121460 v1
099997-87471