UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH WESSLER,

           Plaintiff,

- against -

UNITED STATES DEPARTMENT OF JUSTICE
and FEDERAL BUREAU OF PRISONS,

           Defendants.

14 Civ. 5627 (PAE)

**STIPULATION AND ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/14



MEMO ENDORSED

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties, that the defendants' time to answer, move, or otherwise respond to the

complaint is extended to October 1, 2014. The Clerk is directed to terminate the motion pending at Dkt. 4.

Newark, New Jersey
September 17, 2014

GIBBONS P.C.
Attorney for Plaintiff

_____
Joseph Pace, Esq.
One Gateway Center
Newark, New Jersey 07102
Tel. (973) 596-4415
Fax (973) 639-8316

New York, New York
September 17, 2014

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

SO ORDERED:

_Paul A. Engelmayer_    9/19/14
Hon. Hon. Paul A. Engelmayer
United States District Judge



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 18, 2014

***By ECF***

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *Wessler v. United States Dep't of Justice et al.*, 14 Civ. 5627 (PAE)

Dear Judge Engelmayer:

    I represent the defendants in the above-referenced FOIA action. Enclosed please find the parties' executed stipulation adjourning until October 1, 2014, the defendants' time to respond to the plaintiff's complaint. It is the parties' first such agreement, and I respectfully request that it be approved by the Court.

    We thank the Court for its consideration of this matter.

                    Respectfully,

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York

          By:    /s/
                    SHANE CARGO
                    Assistant United States Attorney
                    Tel.   (212) 637-2711
                    Fax   (212) 637-2786

Enclosure

cc:       Joseph Pace, Esq.
          Attorney for the plaintiff *(by ECF and email)*