UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SETH WESSLER,

                            Plaintiff,

            -v-

UNITED STATES DEP'T OF JUSTICE, *et al.*

                         Defendants.

------------------------------------------------------------------X

14 Civ. 5627 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/14

PAUL A. ENGELMAYER, District Judge:

      At today's initial conference, the Court directed the parties to confer in advance of the next conference in this case (December 12, 2014, at 3:00 p.m.), and agree, if possible, as to a schedule on which the materials requested pursuant to plaintiff's Freedom of Information Act request are to be produced. If an agreement is reached, the parties are directed to notify the Court of it promptly. In the event no agreement is reached, the Court understands that plaintiff plans to move for injunctive relief directing prompt production. The Court's intention would be to act swiftly on any such motion.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: November 14, 2014
       New York, New York