UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SETH WESSLER,

                     Plaintiff,

      -v-

UNITED STATES DEPARTMENT OF JUSTICE et al.,

                     Defendants.

------------------------------------------------------------------X

14 Civ. 5627 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/14

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict that has arisen, the Court must adjourn by several hours the status conference previously scheduled for December 12, 2014, at 3 p.m. The conference is now scheduled for the same day, at 10 a.m.

        SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: December 8, 2014
       New York, New York