UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SETH WESSLER,                                                           :
                                                                        :      14 Civ. 5627 (PAE)
                                         Plaintiff,                     :
                                                                        :      ORDER
              -v-                                                       :
                                                                        :
UNITED STATES DEPARTMENT OF JUSTICE et al.,                             :
                                                                        :
                                         Defendants.                    :
                                                                        :
------------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 12/12/14 |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the parties are directed to submit a joint letter as to the status of document production by January 16, 2015. The next status conference in this case is scheduled for January 30, 2015, at 1 p.m.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: December 12, 2014
       New York, New York