

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 15, 2015

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:   *Seth Wessler v. United States Dep't of Justice, et al.*,
                No. 14 Civ. 5627 (PAE)

Dear Judge Engelmayer:

      In accordance with the Court's order of December 12, 2014, the parties hereby submit this joint letter concerning the status of the defendants' document production in the above-referenced proceeding.

      Since the status conference on December 12, the government produced approximately 2,200 pages of demographic data on December 19, and approximately 180 pages of other inmate data on January 2, 2015. In addition, the Bureau of Prisons has received nearly all of the relevant medical files and is commencing its review of those documents.

      The parties have not yet reached an agreement concerning production deadlines for the medical records and the remaining, non-medical documents, but will endeavor to do so before the status conference on January 30.

The Honorable Paul A. Engelmayer
January 15, 2015
Page 2


We thank the Court for its consideration of this letter.


| | |
|---|---|
| GIBBONS P.C. | PREET BHARARA |
| Attorney for Plaintiff | United States Attorney for the Southern District of New York |
| | Attorney for Defendants |
| /s/ | /s/ |
| Joseph Pace, Esq. | Shane Cargo, Esq. |
| One Gateway Center | Assistant United States Attorney |
| Newark, New Jersey 07102 | 86 Chambers Street, 3rd Floor |
| Tel.   (973) 596-4415 | New York, New York 10007 |
| Fax   (973) 639-8316 | Tel.   (212) 637-2711 |
| | Fax   (212) 637-2786 |