UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
SETH WESSLER,                                                      :
                                                                   :         14 Civ. 5627 (PAE)
                      Plaintiff,                                  :
                                                                   :         ORDER
        -v-                                                        :
                                                                   :
UNITED STATES DEPARTMENT OF JUSTICE et al.,                        :
                                                                   :
                      Defendants.                                 :
                                                                   :
------------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/30/15

PAUL A. ENGELMAYER, District Judge:

       For the reasons stated on the record at today's conference, defendants are directed to submit to plaintiff, by February 5, 2015, at 5 p.m., one complete medical file, including the mortality review, for one inmate, whose name plaintiff's counsel will provide to defense counsel today. The parties are directed to meet and confer by February 10, 2015, and agree, if possible, as to a schedule on which the remaining outstanding medical files requested pursuant to plaintiff's Freedom of Information Act request are to be produced.

       The next status conference in this case is scheduled for March 2, 2015, at 4:30 p.m.

       SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                             United States District Judge

Dated: January 30, 2015
          New York, New York