

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 11, 2015

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Wessler v. United States Dep't of Justice et al.,* 14 Civ. 5627 (PAE)

Dear Judge Engelmayer:

  In accordance with the Court's order of November 17, 2015 (ECF No. 29), the parties, having conferred, provide this joint status report and proposed rolling production schedule in the above-referenced proceeding.

  The government produced records responsive to request nos. 1, 2, 8, 11, and 16 on December 10, 2015. Regarding future productions, the parties propose the following schedule:

- December 18, 2015:  last day to produce records responsive to request nos. 4 and 9;

- December 28, 2015:  last day to produce records responsive to request no. 17;

- January 14, 2016:  last day to produce records responsive to request no. 18;

- February 17, 2016:  last day to produce records responsive to request no. 7;

- February 29, 2016:  last day to produce records responsive to request nos. 3 and 5;

- March 2, 2016:  last day to produce records responsive to request no. 21;

- March 4, 2016:  last day to produce records responsive to request no. 14;

- March 9, 2016:  last day to produce records responsive to requests nos. 19 and 24;

- March 10, 2016:  last day to produce records responsive to requests no. 13;

The Honorable Paul A. Engelmayer
December 11, 2015
Page 2

- Records responsive to request no. 12 shall be produced as follows: 12a by March 4, 2016; 12b by January 13, 2016; 12c by February 19, 2016; and 12d by March 4, 2016; and

- All remaining records are to be produced by April 30, 2016.

Finally, the government at this point has no substantive objections to any of the requests, and the parties reserve their ability to seek the Court's intervention if they are unable to resolve any issues that may arise during the course of the production.

The parties thank the Court for its consideration of this matter.

                Respectfully,

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

By:   /s/
       SHANE CARGO
       Assistant United States Attorney
       Tel.   (212) 637-2711
       Fax   (212) 637-2786

cc:     Counsel of record *(by ECF)*